## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

SHENGYING HUANG

CIVIL ACTION NO. 26-1542

VERSUS

JUDGE ALEXANDER C. VAN HOOK

LIZA BOWEN, ET AL.

MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, Record Document 3, and noting no objection has been filed, and having determined that the findings are correct,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE